ST. ANDREWS BAY LUMBER COMPANY, a Delaware Corporation, *Plaintiff in Error*, vs. MARK BERNARD, SOL BERNARD and JACK BERNARD, co-partners doing business as Bernard Brothers, *Defendants in Error*.

135 So. 837.

En Banc.

Decision filed July 7, 1931.

Petition for rehearing granted and writ of error reinstated September 14, 1931.

*R. E. Hamrick*, for Plaintiff in Error;

*Haskins, Gregory* and *Gordon*, for Defendants in Error.

PER CURIAM.—It is ordered by the Court that the writ of error in this cause be dismissed on the authority of the opinion in the case of St. Andrews Bay Lumber Company vs. Jack Bernard, this day filed.

BUFORD, C.J., AND WHITFIELD, ELLIS, BROWN AND DAVIS, J.J., concur.

TERRELL, J., dissents.